DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

TAYLOR & FULTON PACKING, LLC,

Appellant,

v.

PORGES, HAMLIN, KNOWLES & HAWK, P.A.,
AND TIMOTHY A. KNOWLES,

Appellees.

No. 2D20-2521

———————————————

September 17, 2021

Appeal from the Circuit Court for Manatee County; Edward
Nicholas, Judge.

Stephenie B. Anthony and Lydia M. Gazda (withdrew after briefing)
of Anthony & Partners, LLC, Tampa, for Appellant.

Lori A. Heim of Bush Ross, P.A., Tampa, for Appellees.


PER CURIAM.

    Affirmed.

MORRIS, C.J., and SLEET and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.